*Friday, April 24, 1998*

## MOTION DOCKET

**98–737. Franklin Cty. Convention Facilities Auth. v. CP–Maple Street, Provident Bank.**
Franklin App. No. 98AP–430. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's motion to stay the lower court proceedings,

IT IS ORDERED by the court that the motion to stay the lower court proceedings be, and hereby is, denied.

COOK and LUNDBERG STRATTON, JJ., concur, noting the want of a final appealable order.

DOUGLAS, J., dissents.

*Monday, April 27, 1998*

## MERIT DOCKET

**98–762. State ex rel. Hunt Sports Ent. v. Franklin Cty. Court of Common Pleas.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for writs of mandamus and prohibition. Upon consideration of relators' motion for issuance of alternative writ and emergency motion for stay, and the motion for leave to intervene by John H. McConnell and Wolfe Enterprises, Inc.,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

## MISCELLANEOUS DISMISSALS

**98–353. State ex rel. Wynn v. McFaul.**
Cuyahoga App. No. 73738. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. It appears from the records of this court that appellant has not filed a merit brief, due April 20, 1998, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*.

**98–447. State ex rel. Thomas v. Ghee.**
Richland App. No. 97CA110. This cause is pending before the court as an appeal from the Court of Appeals for Richland County. It appears from the records of this court that appellant has not filed a merit brief, due April 21, 1998, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*.

**98–465. State v. Untied.**
Muskingum App. No. 960058. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction, due April 20, 1998, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*.